OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
RORY TUCKER, BRADLEY O. WILLIAMS,
CLINTON WILLIAMS, BOBBY L. RILEY,
AHSHUN T. COLLINS and TYRON THOMAS

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 06-7209

FILED
APR 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 24, 2006** (Date) in **Champaign** County, in the **Central** District of **Illinois** defendant(s) did,

(Track Statutory Language of Offense)
by force, violence and intimidation, take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of Community Plus Federal Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration, and in committing this offense did assault persons by the use of a dangerous weapon, and carrying a firearm during and in relation to a crime of violence,

in violation of Title **18** United States Code, Section(s) **2113(a) and (d), and 924(c) and 2**.

I further state that I am a(n) **Special Agent, FBI** (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

s/ Kathy Adams
Signature of Complainant

Kathleen A. Adams
Printed Name of Complainant

Sworn to before me and signed in my presence,

4/25/2006                                          at    Urbana                Illinois
Date                                                    City                   State

David G. Bernthal      U.S. Magistrate Judge          s/ David G. Bernthal
Name of Judge          Title of Judge                 Signature of Judge

AFFIDAVIT

I, Kathleen A Adams, being duly sworn on oath, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and am currently assigned to the Springfield, Illinois Field Office Champaign Resident Agency. I have been so employed for 19 years. Prior to my employment with the FBI, I was a Police Agent/Officer with the Baltimore City Police Department for four years. During my employment with the FBI, I have participated in the preparation and execution of federal and state search warrants and arrest warrants, and have conducted numerous investigations concerning violations of federal laws.

2. This affidavit is in support of a criminal complaint and arrest warrant charging AHSHUN T. COLLINS, CLINTON WILLIAMS, RORY TUCKER, BRAD ONEIL WILLIAMS, BOBBY LEANDRE RILEY, AND TYRON THOMAS with armed robbery of a federally-insured financial institution, in violation of Title 18 United States Code, Section 2113(a) and (d), and carrying a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c).

3. I am familiar with the following facts based on my own investigation and reliable information officially provided to me by other law enforcement agents and officers.

4. On April 24, 2006, at approximately 4:00 pm, the Community Plus Federal Credit Union, 526 East Champaign Avenue, Rantoul, Illinois, was the victim of an armed robbery. Taken in the robbery was $3,600 in U.S. Currency.

5. Immediately following the robbery, statements were taken from the

employees inside the Credit Union. The following is a summery of the statement provided by one of the employees (Employee 1). According to Employee 1, Employee 1 was seated at her desk, which was closest to the supply/back closet on the west side of the building. An unknown black male came into the credit union and approached Employee 1's desk. Meanwhile, two other unknown black males entered the credit union and went toward the teller area. Two of the black males that had entered the credit union displayed handguns. One of the black males walked through the entry way toward the teller area. One of the black males had a small handgun and was wearing a white t-shirt with a face/head on the front.

6.  Employee 1 was instructed by one of the black males to go to the supply room. Employee 1 remained there with that black male and three other employees. Employee 1 heard another credit union employee screaming about a key and money. Employee 1 observed three other black males in the credit union. One of the black males was with the owner/president of the bank and a second black male was with another credit union employee and walked with that employee toward the safe. The black male with the employees in the supply room instructed one of the employees to retrieve a key for the vault. That employee retrieved the key and gave it to the employee who had walked to the vault with one of the other black males. The black male with the credit union owner/president struck the owner/president in the head with a gun. As three of the credit union employees attempted to open the vault, Employee 1 heard someone yell "get out." One of the credit union employees then activated the alarm.

7.  The following is a summery of the statement provided by a second credit

union employee (Employee 2). According to Employee 2, a black male jumped over the teller counter and began screaming about the vault and the key to the vault. The man was wearing a white t-shirt with a face on it, but he did not not wear a mask. As this man walked toward the desk of another employee, two other black males approached the teller area. Employee 2 and another employee were instructed by one of the black males to go back to the supply room. While waiting in the supply room, the black male with the employees in the supply room put on a blue ski mask. Employee 2 observed one of the other black males in the credit union strike the owner/president of the credit union in the head with a gun.

8. Employee 2 observed three other black males in the credit union with ski masks. Employee 2 heard another employee tell one of the black males that she knew where a key was located. The black male, who had a gun, instructed the employee to retrieve the key. After the employee retrieved the key, that employee and other employees went to the vault to open the safe. As they did so, Employee 2 heard one of the black males say "Come on, let's go, get it." A second black male then stated "let's bail." All of the black males then fled from the credit union.

9. As the black male subjects fled from the credit union, officers with the Rantoul Police Department responded to the scene and observed at least three subjects exit the credit union. After observing the officers, the subjects fled on foot. One subject, later identified as AHSHUN COLLINS, was armed with a handgun and carrying a ski mask and gloves. Officers observed COLLINS drop the handgun and the ski mask as he climbed over a fence into the yard of a residence near the credit union. COLLINS was

then arrested by officers. He was found to still be carrying gloves and had a bank money bag inside his pants. The bag contained $3,600, which had been taken from the credit union during the robbery.

10. The second subject observed by officers was armed with a handgun and wore a white t-shirt as he ran south from the credit union toward Wabash Park. After witnesses at the park observed a subject remove his t-shirt, they further observed a large tatoo on the subject's back. They then notified pursuing officers. An officer thereafter observed a subject in the park who was not wearing a shirt and who had a tatoo on his back. That officer provided a description to other officers who located the subject, identified as BRAD WILLIAMS, and took him into custody. Officers later recovered a black, .45 caliber Glock handgun in the area where WILLIAMS had fled from the credit union.

11. The third subject observed by officers fled west from the credit union to a nearby car wash. According to two witnesses at the car wash, this subject entered a car belonging to one of the witnesses, implied to one witness that the subject had a gun, and instructed the witness to drive him away from the area. The witness then entered the car and drove the subject to another location in Rantoul. While doing so, the subject pulled a handgun and pointed it at the witness. Once at the location, the subject got out of the car and fled on foot. The witness was later shown a six-person photo array containing a photo of TYRON THOMAS. The witness identified THOMAS as the person who entered the car and threatened the witness to drive him to a location in Rantoul.

12.     A fourth subject, identified as BOBBY RILEY, was observed by officers as he sat in the driver's seat of a maroon Chevrolet, which was parked in the alley next to the credit union. RILEY was taken into custody as he attempted to flee the scene in the car. A fifth subject, identified as RORY TUCKER, was found hiding in the back seat of the same maroon Chevrolet occupied by RILEY. He was also was taken into custody.

13.     A sixth subject, identified as CLINTON WILLIAMS, was observed by officers as he sat in the driver's seat of a two-tone, brown Chevrolet, which was parked in the alley next to the maroon Chevrolet. WILLIAMS was also taken into custody.

14.     Following his arrest, AHSHUN TIRCEY COLLINS was arrested and brought to the Rantoul Police Department. COLLINS was recently paroled on April 17, 2006, from the Illinois Department of Corrections. After being advised of his rights, COLLINS agreed to be interviewed.

15.     According to COLLINS, COLLINS advised that he owed BRAD WILLIAMS $200 for a purchase of crack cocaine he had bought from him several years ago. On April 19, 2006, COLLINS advised that BRAD WILLIAMS confronted him about that debt. When he did so, BRAD WILLIAMS was in possession of an AK-47 rifle. BRAD WILLIAMS advised COLLINS that COLLINS' daughter was getting big and that BRAD WILLIAMS knew where COLLINS lived. COLLINS assumed from BRAD WILLIAMS' statement that BRAD WILLIAMS wanted COLLINS to pay the $200.00 back or BRAD WILLIAMS would hurt COLLINS' daughter.

16.     BRAD WILLIAMS told COLLINS that BRAD WILLIAMS had something lined up and that if he (COLLINS) helped him, they would be even. COLLINS agreed.

On April 24, 2006, at about 6:00 a.m., BRAD WILLIAMS came to where COLLINS was staying in Kankakee, Illinois and was armed with a .45 caliber handgun. BRAD WILLIAMS told COLLINS "come take a ride with me, it's time." COLLINS then got into a tan Chevrolet Caprice with BRAD WILLIAMS. The car was driven by a black male, 5'8"-5'9", with a stocky build, curly shoulder-length hair, 31-32 years old, wearing a red jersey. (At the time of his arrest following the robbery, CLINTON WILLIAMS was seated in a tan Caprice and was wearing a red jersey.)

17. After entering the car, COLLINS, BRAD WILLIAMS, and the third male drove to another location in Kankakee and parked in an alley next to a maroon-colored Malibu. The driver of Malibu was a black male, 5"11"-6'0", 19-20 years old, low cut hair and no facial hear, wearing a black short-sleeve shirt, black jeans, and black gym shoes. A passenger in the rear seat was a black male, 6'1", 160 lbs., 22-23 years old, wearing a black-colored, fitted baseball cap. A passenger in the front passenger seat was a black male, 5'9"-5"10", 19-20 years old, 165-170 lbs., with low cut hair. A fourth person in the rear seat behind the driver was a black male, 5'6"-5'7", 150 lbs, 19-20 years old, with a light mustache and wearing a black colored do-rag. The passenger seated behind the driver was carrying a white-colored plastic grocery bag, which COLLINS later learned contained a dark colored .45 caliber handgun with a magazine that extended past the handle. The bag also contained two dark-colored 9 mm handguns.

18. BRAD WILLIAMS was the leader of the group and gave directions to the men in both the Malibu and the Caprice. While in Kankakee, BRAD WILLIAMS turned to COLLINS and said, "Remember what I told you about your daughter."

19.     COLLINS and the men in the two cars drove to Chicago, Heights, Illinois, where they drove by a bank that they intended to rob. BRAD WILLIAMS stated that the bank didn't look right so the group drove back to Kankakee. Once back in Kankakee, the group drove to a residence, where BRAD WILLIAMS spoke with a man about joining the group in committing a robbery. The man stated that he couldn't join the group on that day but that he would be willing to go with BRAD WILLIAMS the following day. The man then gave BRAD WILLIAMS a 9 mm handgun. BRAD WILLIAMS then took the 9 mm to the Malibu.

20.     After leaving the residence, the group left Kankakee and drove south on the interstate highway. Once on the highway, BRAD WILLIAMS stated that they were going to rob a bank in Rantoul. Once in Rantoul, the two cars drove to an alley behind the credit union. BRAD WILLIAMS got out of the Caprice, ran to the Malibu, got the white grocery bag and began handing out guns. BRAD WILLIAMS gave COLLINS a 9 mm handgun, which COLLINS gave to the black male wearing the black-colored fitted baseball cap. The black male then returned the gun to COLLINS. BRAD WILLIAMS also provided the .45 caliber handgun and a second 9 mm handgun to two of the black males in the Malibu. Five of the men then entered the credit union, with the drivers of the two cars remaining outside.

21.     After the men entered the credit union, BRAD WILLIAMS stated "Get the money." COLLINS went to the back of the bank behind the teller windows. COLLINS walked up to a female employee, pointed a gun in her face, and demanded money. The employee did not have a key to the safe and asked another employee to help her.

COLLINS then hit the employee in the back of the head with his gun. COLLINS later grabbed a bank envelope which he believed to contain money. After BRAD WILLIAMS instructed the group to flee from the credit union, COLLINS ran out of the credit union with the envelope.

22. Law enforcement officers showed COLLINS a photo array containing more than 12 individual photos. COLLINS identified CLINTON WILLIAMS as the driver of the Caprice, RORY TUCKER as the person in the front passenger seat of the Malibu, and TYRON THOMAS as being seated in the rear passenger seat of the Malibu.

23. BOBBY LEADRE RILEY was also advised of his rights by officers and agreed to be interviewed. According to RILEY, he spoke with BRAD WILLIAMS on April 22, 2006. BRAD WILLIAMS told RILEY that BRAD WILLIAMS gets his money "the ski mask way." On April 24, 2006, BRAD WILIAMS approached RILEY and told RILEY to show BRAD WILLIAMS the way to Rantoul. BRAD WILLIAMS was accompanied by RORY TUCKER, who is known as "D-Bo." RORY TUCKER was driving his girlfriend's car and CLINTON WILLIAMS, also known as "Mon," was driving BRAD WILLIAMS's two-tone brown Chevrolet. RILEY got into TUCKER's car and drove it to Rantoul. BRAD WILLIAMS, CLINTON WILLIAMS and another black male rode in a second car.

24. After the group arrived in Rantoul, they drove to the credit union and parked in the alley behind it. BRAD WILLIAMS, RORY TUCKER and two of the other men masked up and went inside the credit union. Shortly thereafter, the men exited the credit union as police officers arrived. BRAD WILLIAMS jumped on the Chevrolet, and

then jumped on the Malibu before jumping over the fence. RORY TUCKER jumped in the back seat of the Malibu and hid. The other two men ran in different directions away from the police while CLINTON WILLIAMS, "Mon," remained in the Chevrolet. RILEY attempted to drive off but was stopped by police.

25. The Community Plus Federal Credit Union (CPFCU), 526 East Champaign Avenue, Rantoul, Illinois, was a federally-insured financial institution, insured through the National Credit Union Administration, at the time of the robbery.

FURTHER AFFIANT SAYETH NOT.

s/ Kathy Adams
Kathy Adams, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
this 25 day of April 2006.

s/ David G. Bernthal

DAVID G. BERNTHAL
United Stated Magistrate Judge