E-FILED
Friday, 28 April, 2006   02:21:39 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois
Urbana Division

ORDER OF DETENTION PENDING TRIAL

**United States of America**　　　　　　　　　　**Case Number:** 06-7209-06

v.

**TYRON THOMAS**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### PART I - FINDINGS OF FACT

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is:
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____.
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

- ☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

- ☐ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### ALTERNATE FINDINGS (A)

- **X** (1) There is probable cause to believe that the defendant has committed an offense:

|   |   |   |
|---|---|---|
| _X_ |   | for which a maximum term of imprisonment of ten years or more is prescribed in **18 U.S.C. § 2113(a) and (d).** |
| _X_ |   | under **18 U.S.C. § 924(c)**. |

_X_   (2)   The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### ALTERNATE FINDINGS (B)

❒   (1)   There is a serious risk that the defendant will not appear.
❒   (2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence)(~~a preponderance of the evidence~~) that:

*The Defendant waived detention hearing. The Court determined that the waiver was knowing and voluntary. The Court has found probable cause to believe that this Defendant was part of a group of people who committed a bold daylight armed robbery of a financial institution. Despite his youth, this Defendant has displayed serious criminal tendencies. After an active period in juvenile court, Defendant moved on to adult felony court with this first felony conviction at age 18. He was on parole at the time the charged offense is alleged to have been committed. The combination of the behavior attributed to the Defendant in connection with the charged offense and his criminal history leads the Court to the conclusion that conditions will not address the risk of danger he poses.*

### PART III - Directions Regarding Detention

**The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

ENTER this 28th day of April, 2006

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE