AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA
V.
TYRON THOMAS

**WARRANT FOR ARREST**

Case Number: 06-7209-06

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **TYRON THOMAS**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

armed bank robbery,

**FILED**
MAY 0 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

in violation of Title  18  United States Code, Section(s)  2113(a) and (d)

David G. Bernthal
Name of Issuing Officer

s/David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

4/25/2006    Urbana, Illinois
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Kankakee

| DATE RECEIVED 04/28/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/26/06 | Ofcr. Pat Kane K.P.D. | [signature] |