

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAD O. WILLIAMS,<br>SEVILLE WILLIAMS,<br>CLINTON WILLIAMS,<br>TYRON THOMAS,<br>RORY TUCKER,<br>MARION JEFFERSON, III,<br>BOBBY L. RILEY,<br>AHSHUN T. COLLINS,<br><br>Defendants. | CRIMINAL NO. 06-20032<br>VIOLATIONS: Title 18, United<br>States Code, Sections 371,<br>2113(a) and (d), 1951, 924(c),<br>and 922(g)(1). |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Conspiracy To Commit Armed Bank Robbery, To Commit Robbery,
And To Carry And Use A Firearm During And In Relation To
And To Possess A Firearm In Furtherance Of A Crime Of Violence

1.   From in or about November 2005, and continuing to on or about April 24, 2006, in the Central District of Illinois, and elsewhere, the defendants,

**BRAD O. WILLIAMS, SEVILLE WILLIAMS, CLINTON WILLIAMS,
TYRON THOMAS, RORY TUCKER, MARION JEFFERSON, III,
BOBBY L. RILEY, and AHSHUN T. COLLINS,**

did knowingly and unlawfully combine, conspire, confederate, and agree with each other and with others to commit the following offenses against the United States:

a.  To, by force and violence, and by intimidation, take and attempt to take, from the person and presence of another, property and money belonging to, and in the care, custody, control, management, and possession of a federally-insured financial institution, in violation of Title 18, United States Code, Sections 2113(a) and (d); and

b.  To unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce by committing the offense of robbery, in violation of Title 18, United States Code, Section 1951; and

c.  To carry and use a firearm during and in relation to and to possess a firearm in furtherance of a crime of violence, namely, armed bank robbery and robbery, in violation of Title 18, United States Code, Section 924(c).

## OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy for the defendants to commit various armed robberies of financial institutions and businesses in Kankakee, Peotone, and Rantoul, Illinois. In so doing, the defendants used force, violence and intimidation against, and threatened, assaulted and put in jeopardy the lives of, financial institution and business employees by means of possessing, carrying and using multiple firearms. During the period of the conspiracy, the defendants committed a total of at least five armed robberies, during which more than $400,000 was stolen by force and violence.

## OVERT ACTS

3.  As part of the conspiracy, on or about January 3, 2006, defendants **BRAD O. WILLIAMS** and **SEVILLE WILLIAMS** and other co-conspirators committed the armed robbery of Walgreen's, Kankakee, Illinois. To accomplish the armed robbery, the defendants and their co-conspirators caused a fictitious 911 call to be made to Kankakee authorities concerning a home invasion on the opposite side of town from Walgreen's. The conspirators, two of whom were armed with handguns, then entered Walgreen's, and demanded money. As a result of the armed robbery, the defendants and their co-conspirators stole approximately $2,700.

4.  As a part of the conspiracy, on or about January 11, 2006, defendants **BRAD O. WILLIAMS, SEVILLE WILLIAMS, and CLINTON WILLIAMS** committed the armed bank robbery of the Commonwealth Credit Union, Kankakee, Illinois. To accomplish the armed bank robbery, defendants **BRAD O. WILLIAMS and SEVILLE WILLIAMS**, armed with handguns, entered the credit union, threatened employees with the handguns, and demanded money. As a result of the armed robbery, the defendants and their co-conspirators stole approximately $313,000. Defendant **CLINTON WILLIAMS**, the getaway driver, then successfully drove his co-conspirators away from the credit union.

5.  As a part of the conspiracy, on or about March 28, 2006, defendants **BRAD O. WILLIAMS, TYRON THOMAS, and MARION JEFFERSON, III** committed the armed robbery of Heights Finance, Kankakee, Illinois. To accomplish the armed

3

robbery, defendant **BRAD O. WILLIAMS** acted as a lookout, while defendants **THOMAS** and **JEFFERSON**, one of whom was armed with a handgun, entered the store, threatened the employees with the handgun and demanded money. One of the defendants then struck an employee in the head with the gun, causing the gun to discharge. As a result of the armed robbery, the defendants stole approximately $200.

6. As a part of the conspiracy, on or about April 7, 2006, defendants **BRAD O. WILLIAMS, TYRON THOMAS,** and **CLINTON WILLIAMS** and at least one other co-conspirator committed the armed robbery of the First Community Bank and Trust, Peotone, Illinois. To accomplish the armed robbery, two of the co-conspirators, both armed with handguns, entered the bank, threatened the employees with the handguns, and demanded money. As a result of the armed robbery, the defendants stole approximately $100,000.

7. As a part of the conspiracy, on or about April 24, 2006, defendants **BRAD O. WILLIAMS, CLINTON WILLIAMS, TYRON THOMAS, RORY TUCKER, MARION JEFFERSON, III, BOBBY L. RILEY,** and **AHSHUN T. COLLINS** committed the armed robbery of Community Plus Federal Credit Union, Rantoul, Illinois. To accomplish the armed robbery, defendants **CLINTON WILLIAMS, RORY TUCKER,** and **BOBBY L. RILEY** acted as getaway drivers and lookouts, while defendants **BRAD O. WILLIAMS, TYRON THOMAS, MARION JEFFERSON, III** and **AHSHUN T. COLLINS**, at least three of whom were armed with handguns, entered the credit union, threatened the employees with the handguns and demanded money. Two of the

4

defendants struck two credit union employees in the head with handguns. As a result of the armed robbery, the defendants stole approximately $3,600.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### (Armed Robbery)

On or about January 3, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS and SEVILLE WILLIAMS,**

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, by committing the offense of robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain money and property from employees of Walgreen's, Kankakee, Illinois, a business engaged in and that affected interstate commerce, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and to property in their custody.

All in violation of Title 18, United States Code, Sections 1951 and 2.

6

## COUNT 3
(Carrying and Using A Firearm During A Crime Of Violence)

On or about January 3, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS and SEVILLE WILLIAMS,**

during and in relation to a crime of violence, namely, armed robbery, as charged in Count 2, used and carried a firearm.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT 4
### (Armed Bank Robbery)

On or about January 11, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS, SEVILLE WILLIAMS, and CLINTON WILLIAMS,**

by force and violence, did knowingly take from the presence of another, money and property belonging to and in the care, custody and possession of the Commonwealth Credit Union, Kankakee, Illinois, a credit union and financial institution as defined under federal law; and in committing this offense, the defendants did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

8

## COUNT 5
### (Carrying and Using A Firearm During A Crime Of Violence)

On or about January 11, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS, SEVILLE WILLIAMS, and CLINTON WILLIAMS,**

during and in relation to a crime of violence, namely, armed bank robbery, as charged in Count 4, used and carried a firearm.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT 6
(Armed Robbery)

On or about March 28, 2006, in the Central District of Illinois, the defendants, **BRAD O. WILLIAMS, TYRON THOMAS, and MARION JEFFERSON, III,** did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951, by committing the offense of robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain money and property from employees of Heights Finance, Kankakee, Illinois, a business engaged in and that affected interstate commerce, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person and to property in their custody.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 7
### (Carrying and Using A Firearm During A Crime Of Violence)

On or about March 28, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS, TYRON THOMAS, and MARION JEFFERSON, III,**

during and in relation to a crime of violence, namely, armed robbery, as charged in Count 6, used and carried a firearm.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT 8
### (Armed Bank Robbery)

On or about April 24, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS, CLINTON WILLIAMS, TYRON THOMAS,
RORY TUCKER, MARION JEFFERSON, III,
BOBBY L. RILEY, and AHSHUN T. COLLINS,**

by force and violence, did knowingly take from the presence of another, money and property belonging to and in the care, custody and possession of Community Plus Federal Credit Union, Rantoul, Illinois, a credit union and financial institution as defined under federal law; and in committing this offense, the defendants did assault and put in jeopardy the lives of persons by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

## COUNT 9
### (Carrying and Using A Firearm During A Crime Of Violence)

On or about April 24, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS, CLINTON WILLIAMS, TYRON THOMAS,
RORY TUCKER, MARION JEFFERSON, III,
BOBBY L. RILEY, and AHSHUN T. COLLINS,**

during and in relation to a crime of violence, namely, armed bank robbery, as charged in Count 8, used and carried a firearm.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT 10
(Felon In Possession Of A Firearm)

On or about April 24, 2006, in the Central District of Illinois, the defendants,

**BRAD O. WILLIAMS, TYRON THOMAS, and AHSHUN T. COLLINS,**

after previously being convicted of a crime punishable by more than one year of imprisonment, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

s/ Foreperson

FOREPERSON

s/ Rodger A. Heaton

RODGER A. HEATON
UNITED STATES ATTORNEY
TAB