RECEIVED
AUG 21 2006
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

8-17-06

Dear Your Honorable Mr. McCuskey, how are you Today? Well I'm Tyron Thomas and I have really been concern about my case. Because my lawyer told me that I'm facing 34 to life. And I wanted to know is it true. Because when I went to court last time he told me that I was at 30 to life and now he change the it to 34 to life.

Mr. McCuskey this is why I'm writing you because I know you will tell me where I'm at time wise. Because I really don't understand it because I'm not a Career Offender or Armed Career Offender. Because my Adult background doesn't fit that Catorgory because I only have one prior and that's a drugs case.

Mr. McCuskey I also told my lawyer that I'm going to cooperate with the goverment that's why I really need you to explain to me how much time I'm facing and what all I'm geting charge with that got me their. I know Bank Robbery with a weapon is no more than 25 yrs. Mr. McCuskey could you please let me know something.

Thank you for your time
Your Honorable Mr. McCuskey

Sincerly Yours   Tyron Thomas