E-FILED
Friday, 25 August, 2006   09:53:27 AM
Clerk, U.S. District Court, ILCD



CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE   217-373-5837
FACSIMILE   217-373-5855

August 24, 2006

Mr. Tyron Thomas
c/o Ford County Jail
235 N. American
Paxton, IL 60957

Dear Mr. Thomas:

  I am in receipt of your letter dated August 17, 2006.  It is impossible for me to give you legal advice or enter into matters of attorney-client privilege.  However, it is necessary for me to forward your letter to your attorney, Mr. Dedman, and the Assistant U.S. Attorney handling the case against you, Mr. Timothy Bass, so they are made aware of your confusion.

  Your next appearance before this Court is a final pretrial conference at 10:00 a.m., October 19, 2006.  Mr. Dedman and Mr. Bass will be present in open Court for this hearing and I will discuss the matters contained in your letter at that time.

              Sincerely,

              s/ **Michael P. McCuskey**
              Michael P. McCuskey
              Chief U.S. District Judge

MPM:mb

cc: Timothy Bass, Assistant U.S. Attorney
   James Dedman, Esq.