UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-20032 |
| ) | |
| BRAD O. WILLIAMS, ) | |
| SEVILLE WILLIAMS, ) | |
| CLINTON WILLIAMS, ) | |
| TYRON THOMAS, ) | |
| RORY TUCKER, ) | |
| MARION JEFFERSON, II, ) | |
| BOBBY L. RILEY, ) | |
| and AHSHUN T. COLLINS, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF THE CASE

The defendants are charged in an indictment as follows:

**Brad Williams**:

| Count(s) | Charges |
|---|---|
| 1 | Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence |
| 2,6 | Armed Robbery |
| 4,8 | Armed Bank Robbery |
| 3,5,7,9 | Carrying and Using a Firearm During a Crime of Violence |
| 10 | Felon in Possession of a Firearm |

The defendant has pleaded not guilty to the charges.

**Seville Williams**:

<u>Count(s)</u>                        <u>Charges</u>

1       Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence

2       Armed Robbery

3,5    Carrying and Using a Firearm During a Crime of Violence

4       Armed Bank Robbery

The defendant has pleaded not guilty to the charges.

**Clinton Williams:**

<u>Count(s)</u>                        <u>Charges</u>

1       Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence

4,8    Armed Bank Robbery

5,9    Carrying and Using a Firearm During a Crime of Violence

The defendant has pleaded not guilty to the charges.

**Rory Tucker**:

<u>Count(s)</u>                        <u>Charge</u>

1       Conspiracy to Commit Armed Robbery and Armed Bank Robbery, and to Carry and Use a Firearm During and in Relation to and to Possess a Firearm in Furtherance of a Crime of Violence

8       Armed Bank Robbery

9	Carrying and Using a Firearm During a Crime of Violence

The defendant has pleaded not guilty to the charges.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:	s/Timothy A. Bass_____
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on the 19th day of October 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following and I hand delivered a copy of same to:

     All counsel of record

                        s/Timothy A. Bass
                        TIMOTHY A. BASS, Bar No. MO 45344
                        Assistant United States Attorney
                        201 S. Vine Street, Suite 226
                        Urbana, Illinois 61802
                        Phone:  217/373-5875
                        Fax: 217/373-5891
                        tim.bass@usdoj.gov