**GOVERNMENT'S EXHIBIT LIST**

E-FILED
Thursday, 19 October, 2006  09:57:14 AM
Clerk, U.S. District Court, ILCD

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | | DOCKET NUMBER   06-20032 |
| | | | | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | COURT REPORTER<br>Lisa Cosimini | | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Walgreen's, Kankakee, January 3, 2006** |
| | | | | | |
| W1 | | | | | KanCom records for 911 call on 12/30/05 |
| | | | | | |
| W2 | | | | | Tape recording of 911 call on 12/30/05 |
| | | | | | |
| W3 | | | | | KanCom records for 911 call on 1/3/06 |
| | | | | | |
| W4 | | | | | Tape recording of 911 call on 1/3/06 |
| | | | | | |
| W5 | | | | | Walgreen's surveillance video for 1/3/06 |
| | | | | | |
| W6 | | | | | Photos of Walgreens |
| | | | | | |
| W7 | | | | | U.S. Cellular cell phone records for (815) 212-6712 |
| | | | | | |
| W8 | | | | | Witness photo array questionnaires |
| | | | | | |
| W9 | | | | | Photo arrays shown to witnesses |
| | | | | | |
| | | | | | **Height's Finance, Kankakee, March 28, 2006** |
| | | | | | |
| H1 | | | | | Walgreen's surveillance video for 3/28/06 |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | | DOCKET NUMBER   06-20032 |
| | | | | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | COURT REPORTER<br>Lisa Cosimini | | COURTROOM DEPUTY |
| Plf<br>No | Def<br>No | Date | Marked | Admitted | **EXHIBITS** |
| | | | | | |
| H2 | | | | | Photos of Heights Finance, Kankakee |
| | | | | | |
| H3 | | | | | Spent bullet retrieved from Height's |
| | | | | | |
| H4 | | | | | Photos of Michael Maycen |
| | | | | | |
| H5 | | | | | Photos of River's Edge Apartment Complex, Kankakee |
| | | | | | |
| H6 | | | | | Video statement of Nicole Triezenberg |
| | | | | | |
| H7 | | | | | Video statement of Nathein Franklin |
| | | | | | |
| H8 | | | | | Cell phone records for (815)     (Nathein Franklin) |
| | | | | | |
| H9 | | | | | Photo array shown to witnesses |
| | | | | | |
| H10 | | | | | Witness photo array questionnaires |
| | | | | | |
| H11 | | | | | Video statement of Quion Williams |
| | | | | | |
| H12 | | | | | Report of stolen 1979 Chevrolet Impala |
| | | | | | |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 |
| | | | | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** |
| H13 | | | | | AR-15 firearm records |
| H14 | | | | | Floor plan drawing of Heights Finance, Kankakee |
| | | | | | **Commonwealth Credit Union, Kankakee, January 11, 2006** |
| C1 | | | | | NCUA Certification |
| C2 | | | | | Photos of Commonwealth Credit Union |
| C3 | | | | | Surveillance video from Commonwealth Credit Union on 1/11/06 |
| C4 | | | | | Still photos of surveillance video |
| C5 | | | | | Recording of conversation between C.W. and Seville Williams |
| C6 | | | | | Transcript of recorded conversation between C.W. and Seville Williams |
| C7 | | | | | Photo of money seized from Clinton Williams in Texas |
| C8 | | | | | Documents regarding the purchase of 2000 Cadillac Catera |

**GOVERNMENT'S EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | DISTRICT COURT<br>Central District of Illinois | |
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S<br>ATTYS.: John Taylor,<br>Carol Dison, Harvey<br>Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 | |
| | | | | TRIAL DATE   10/30/06 | |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY | |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| C9 | | | | | Photos of 2000 Cadillac Catera |
| | | | | | |
| C10 | | | | | Documents regarding purchase of 1989 Chevrolet Caprice |
| | | | | | |
| C11 | | | | | Photos of 1989 Chevrolet Caprice |
| | | | | | |
| C12 | | | | | Burch's Mini Storage records for storage unit - GMC |
| | | | | | |
| C13 | | | | | Burch's Mini Storage records for storage unit - Caprice |
| | | | | | |
| C14 | | | | | Photo of GMC stored in Burch's storage unit |
| | | | | | |
| C15 | | | | | Storage unit records for Markam, IL storage unit |
| | | | | | |
| C16 | | | | | Photo of 1979 Chevrolet Impala |
| | | | | | |
| C17 | | | | | Secretary of State records for 1979 Chevrolet Impala |
| | | | | | |
| C18 | | | | | Tape recorded conversation between Olivia James and Clinton Williams |
| | | | | | |
| C19 | | | | | Transcript of recorded conversation between Olivia James and Clinton Williams |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |

| | | |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 |
| | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| C20 | | | | | Video statement of James Crayton |
| | | | | | |
| C21 | | | | | Floor plan drawing of Commonwealth Credit Union, Kankakee |
| | | | | | |
| C22 | | | | | Witness photo array questionnaires |
| | | | | | |
| C23 | | | | | Photo arrays shown to witnesses |
| | | | | | |
| | | | | | **First Community Bank and Trust, Peotone, April 7, 2006** |
| | | | | | |
| P1 | | | | | F.D.I.C. Certification |
| | | | | | |
| P2 | | | | | Crime scene photos of First Community Bank and Trust |
| | | | | | |
| P3 | | | | | Aerial photos and other outside and inside photos of First Community Bank and Trust |
| | | | | | |
| P4 | | | | | Photo of green Ford Explorer |
| | | | | | |
| P5 | | | | | Photos comprising photo spread shown to witnesses |
| | | | | | |
| P6 | | | | | Photo of photo array shown to witnesses |
| | | | | | |
| P7 | | | | | Black coat found in back seat of green Ford Explorer |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
| --- | --- | --- | --- | --- | --- |
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | DEFENDANT'S<br>ATTYS.: John Taylor,<br>Carol Dison, Harvey<br>Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 | |
|  | | |  | TRIAL DATE   10/30/06 | |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY | |
| Plf<br>No | Def<br>No | Date | Marked | Admitted | **EXHIBITS** |
|  |  |  |  |  |  |
| P8 |  |  |  |  | Verizon cell phone found in back seat of Ford Explorer |
|  |  |  |  |  |  |
| P9 |  |  |  |  | Papers in the name of Clinton Williams |
|  |  |  |  |  |  |
| P10 |  |  |  |  | Floor plan drawing of First Community Bank and Trust,<br>Peotone |
|  |  |  |  |  |  |
| P11 |  |  |  |  | Photos of Nicole Triezenberg's black Dodge Intrepid |
|  |  |  |  |  |  |
|  |  |  |  |  | **Community Plus Federal Credit Union, Rantoul, April 24,<br>2006** |
|  |  |  |  |  |  |
| R1 |  |  |  |  | N.C.U.A. Certificate |
|  |  |  |  |  |  |
| R2 |  |  |  |  | Surveillance video from Community Plus from 4/24/06 |
|  |  |  |  |  |  |
| R3 |  |  |  |  | Still photos from Community Plus surveillance video on 4/24/06 |
|  |  |  |  |  |  |
| R4 |  |  |  |  | Photos of Community Plus Federal Credit Union |
|  |  |  |  |  |  |
| R5 |  |  |  |  | Aerial photos of Community Plus Federal Credit Union |
|  |  |  |  |  |  |

# GOVERNMENT'S EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032<br><br>TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| R6 | | | | | Photo of brown 1977 Chevrolet Caprice bearing IL license plate number E163763 |
| R7 | | | | | Photo of red 2001 Chevrolet Impala bearing IL license plate number 9827676 |
| R8 | | | | | Photo of Michael Daughtery |
| R9 | | | | | Photo of Kamesa Harold |
| R10 | | | | | .45 caliber glock handgun with extended magazine and ammunition |
| R11 | | | | | Knit stocking cap with two holes cut out |
| R12 | | | | | 9mm semi automatic handgun with magazine and ammunition |
| R13 | | | | | Light blue knit stocking cap (#2) |
| R14 | | | | | Right brown glove |
| R15 | | | | | Light blue knit cap with two holes cut out (#3) |
| R16 | | | | | Pair of brown gloves |

### GOVERNMENT'S EXHIBIT LIST

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 |
| | | | | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** |
| | | | | | |
| R17 | | | | | Duffle bag |
| | | | | | |
| R18 | | | | | Pair of gloves |
| | | | | | |
| R19 | | | | | Light blue knit cap with two holes cut out (#4) |
| | | | | | |
| R20 | | | | | Cloth bag |
| | | | | | |
| R21 | | | | | Two batting gloves |
| | | | | | |
| R22 | | | | | White bag with blue trim |
| | | | | | |
| R23 | | | | | 9mm semi automatic handgun with magazine and ammunition |
| | | | | | |
| R24 | | | | | Pair brown gloves (#2) |
| | | | | | |
| R25 | | | | | Long sleeve T-shirt with G Unit on front |
| | | | | | |
| R26 | | | | | Green padlocked zipper bag with "Credit Union Plus" |
| | | | | | |
| R27 | | | | | Photo of $3,600 found inside green padlocked zipper bag |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | DISTRICT COURT<br>Central District of Illinois | |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | DEFENDANT'S<br>ATTYS.: John Taylor,<br>Carol Dison, Harvey<br>Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 | |
| | | TRIAL DATE   10/30/06 | |
| PRESIDING JUDGE<br>Michael P. McCuskey | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY | |

| Plf<br>No | Def<br>No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| R28 | | | | | Photo arrays shown to witnesses |
| | | | | | |
| | | | | | |
| | | | | | **Items from brown 1977 Chevrolet Caprice, IL license plate number E163763** |
| | | | | | |
| R29 | | | | | Light blue knit sleeve with end cut |
| | | | | | |
| R30 | | | | | Vehicle sales receipt, registration card, insurance card |
| | | | | | |
| R31 | | | | | ATM receipt dated 3/25/06 from Peoples Bank of Kankakee |
| | | | | | |
| R32 | | | | | Gray knit cap |
| | | | | | |
| R33 | | | | | Black hooded sweatshirt |
| | | | | | |
| R34 | | | | | NY Yankees cap, size 7 3/8 |
| | | | | | |
| R35 | | | | | Red hooded sweatshirt |
| | | | | | |
| R36 | | | | | Dark blue knit Polo cap |
| | | | | | |
| | | | | | **Items from red 2001 Chevrolet Impala, IL license plate number 9827676** |

# GOVERNMENT'S EXHIBIT LIST

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 |
| | | | | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| R37 | | | | | Sunglasses |
| R38 | | | | | A pair of brown cloth gloves |
| R39 | | | | | Camouflage parka-type coat |
| R40 | | | | | Dark blue T-shirt |
| R41 | | | | | Vehicle registration and insurance card |
| R42 | | | | | White plastic "GFS" bag |
| R43 | | | | | Four light blue knit ski masks |
| R44 | | | | | Plastic bag containing plant material |
| R45 | | | | | Floor plan drawing of Community Plus Federal Credit Union, Rantoul |
| | | | | | **Other Exhibits** |
| A1 | | | | | Video statement of Rory Tucker |
| A2 | | | | | Booking photo of Brad Williams depicting tatoo |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|

| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 |
|---|---|---|---|---|---|
| | | | | | TRIAL DATE   10/30/06 |

| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
|---|---|---|---|---|---|

| Plf No | Def No | Date | Marked | Admitted | EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| A3 | | | | | Cooperation letter dated to Tyron Thomas |
| | | | | | |
| A4 | | | | | Plea Agreement and Cooperation letter for Marion Jefferson, III |
| | | | | | |
| A5 | | | | | Plea Agreement and Cooperation letter for Bobby L. Riley |
| | | | | | |
| A6 | | | | | Plea Agreement and Cooperation letter for Ahshun T. Collins |
| | | | | | |
| A7 | | | | | Seville Williams Miranda waiver forms |
| | | | | | |
| A8 | | | | | Marion Jefferson Miranda waiver form |
| | | | | | |
| A9 | | | | | Video statement of Marion Jefferson |
| | | | | | |
| A10 | | | | | Ahshun T. Collins Miranda waiver form |
| | | | | | |
| A11 | | | | | Interview statement signed by Ahshun Collins |
| | | | | | |
| A12 | | | | | Interview statement signed by Bobby Riley |
| | | | | | |
| A13 | | | | | Video statement of Tyron Thomas |
| | | | | | |

**GOVERNMENT'S EXHIBIT LIST**

| UNITED STATES  v.  BRAD O. WILLIAMS, ET AL | | | | | DISTRICT COURT<br>Central District of Illinois |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Timothy A. Bass | | | | DEFENDANT'S ATTYS.: John Taylor, Carol Dison, Harvey Welch, Carlton Kagawa | DOCKET NUMBER   06-20032 |
| | | | | | TRIAL DATE   10/30/06 |
| PRESIDING JUDGE<br>Michael P. McCuskey | | | | COURT REPORTER<br>Lisa Cosimini | COURTROOM DEPUTY |
| Plf No | Def No | Date | Marked | Admitted | **EXHIBITS** |
| A14 | | | | | Rantoul Police Department radio traffic recording |
| | | | | | |
| A15 | | | | | Transcript of Rantoul Police Department radio traffic recording |
| | | | | | |
| A16 | | | | | Rantoul Police vehicle video recording |
| | | | | | |
| A17 | | | | | Letters seized at DeWitt County Jail |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |