06-20032

2:06-cr-20032-MPM-DGB     # 148     Page 1 of 1

E-FILED
Thursday, 04 January, 2007  09:52:59 AM
Clerk, U.S. District Court, ILCD

RECEIVED

December 20, 2006

DEC 2 7 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Dear Judge Michael P. McCuskey:

I hope that you are well today. My name is Fred Edwards. My nephew is Tyron Thomas. He is an inmate at the correctional facility in Paxton, IL. The purpose of this letter is to express my experience with Tyron and to describe to you his character. To be quite honest, my goal is actually to persuade you to see Tyron for the good person that he really is.

Tyron (or "Ty" as I like to call him) is a good man. He has expressed love and affection for his family members (including myself) throughout his life. However, Ty has made some bad decisions, which have ultimately resulted in imprisonment. When Ty was a young boy, I had the privilege of mentoring him. He was helpful to me and the faculty at the Garden of Prayer Youth Center in Momence, IL. I have been working at the Garden of Prayer for approximately eleven years. During this time, Ty has participated in many of the afterschool activities for many years; without incident. He did not cause any problems or start any conflict under my supervision. Unfortunately, somewhere along his journey in life, he lost his way.

In addition, Ty is strong, yet sympathetic. He is a kind soul. He has been an active member of the Church of the Cross in Hopkins Park, IL. He never behaved badly in church. He assisted me whenever I needed his help, without making a fuss. For example, if I needed him to help me carry heavy boxes, he would do it. If I asked him to help me serve food for the church; he would do it without asking any questions. He also enjoys visiting with his grandmother. He helps her with chores around her house. It is my experience that Ty is a well behaved, but misguided individual. He does, in fact, possess great character.

In conclusion, it is my belief that Ty has learned from his experience in the penitentiary. I often visited with him at the detention center. I strongly feel that he would benefit greatly if given a second chance. Please consider my words before you make your judgment. You will not regret giving Ty the opportunity for a new life. Thank you for your time.

Sincerely,

Fred Edwards