06-20032

January 10, 2007

Dear Judge Michael P. McCuskey

Hello, I am the mother of Tyron Thomas, he's being charged with robbery. Tyron is the oldest of my three children, he's now 21 years old, born July 1, 1985. He has a sister, Kieyara Wells age 18, a little brother, Lucky Wells age 16. Tyron knows he has messed up and he's willing to pay for his consequences. He's a nice, kind and caring person, he loves me and his brother and sister very much. He'll give his life if it was up to him for us, his family. My son is incarcerated and my brother and sister and I sends him money on his commisary. My family and I know he's getting a lot of time, we just want him to have a life when he gets out. He tells me he would like to have a family when he gets out, also he told me, he's done with the streets, he tired of that type of life when he knows he can do better than that, and his family knows he can do better than that. Tyron didn't complete high school, but he will get his G.E.D. while his incarcerated.

I'm just hoping you'll give my son a ~~second~~ chance again, he's human and humans make mistakes. Thank you for hearing me out.

Sincerly, Jolenta Thomas

Jolenta Thomas