U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

April 6, 2007

The Honorable Michael P. McCuskey
Chief Judge of the U.S. District Court
  for the Central District of Illinois
318 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

Re:   **THOMAS, Tyron**
      Reg. No. 14386-026
      Docket No. 06-20032-004

Dear Chief Judge McCuskey:

   This is in response to the Court's recommendation that Tyron Thomas serve his term of confinement at a facility in the Midwest. In addition, the Court recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Thomas was sentenced in your court to a 444-month term for Armed Bank Robbery.

   Unfortunately, we were unable to follow the Court's recommendations. Mr. Thomas has been classified as a high security level offender. The high security level facilities in the Midwest are currently experiencing population pressures. Accordingly, Mr. Thomas has been designated to the high security level facility in Pollock, Louisiana. Although the RDAP is not available in high security level facilities, staff will encourage Mr. Thomas to participate in a variety of substance abuse and counseling programs offered at the facility. Should Mr. Thomas become eligible for transfer, he will be considered for a facility that offers the RDAP, if determined eligible under established program criteria.

   Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

jaf
cc: Warden, USP Pollock