2:06-cr-20032-MPM-DGB   # 218   Page 1 of 3

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

E-FILED
Monday, 25 June, 2007  02:29:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| TYRON THOMAS | Case Number: 06-20032-004 |
| | USM Number: 14386-026 |
| | James C. Dedman |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1, 6, 7, 8, 9 and 10  (Count 10 dismissed at sentencing)

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Armed Bank Robbery, To Commit Robbery and to Carry and Use a Firearm During and in Relation to, and to Possess a Firearm in Furtherance of, a Crime of Violence | 4/24/2006 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  10   ☑ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/13/2007
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judge

MICHAEL P. McCUSKEY    Chief U.S. District Judge
Name and Title of Judge

3/14/07
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/ S. Johnson
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 3-15-07

FILED MAR 15 2007  JOHN M. WATERS, Clerk  U.S. DISTRICT COURT  CENTRAL DISTRICT OF ILLINOIS  URBANA, IL

FILED JUN 25 2007  JOHN M. WATERS, Clerk  U.S. DISTRICT COURT  CENTRAL DISTRICT OF ILLINOIS  URBANA, IL

RECEIVED 2007 MAR 16 P 6:04 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 1A

DEFENDANT: TYRON THOMAS
CASE NUMBER: 06-20032-004

Judgment—Page 2 of 8

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1951 and 2 | Armed Robbery | 3/28/2006 | 6 |
| 18 U.S.C. § 924(c) | Carrying and Using a Firearm During a Crime of Violence | 3/28/2006 | 7 |
| 18 U.S.C. § 2113(a)&(d) | Armed Bank Robbery | 4/24/2006 | 8 |
| 18 U.S.C. § 924(c) | Carrying and Using a Firearm During a Crime of Violence | 4/24/2006 | 9 |

AO 245B   (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

DEFENDANT: TYRON THOMAS  
CASE NUMBER: 06-20032-004

Judgment — Page 3 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

444 months. Said term shall consist of 60 months on Count 1, 135 months on each of Counts 6 and 8, all to be served concurrently; followed by 120 months on Count 7, to run consecutively to imprisonment on Counts 1, 6 and 8; and followed by 189 months on Count 9, to run consecutively to imprisonment on Count 7 and all other counts.

☑ The court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends to the Bureau of Prisons that defendant be housed in the Midwest to facilitate visitation.
2. The Court finds the defendant is an addict and, therefore, recommends to the Bureau of Prisons that the defendant receive maximum drug and alcohol rehabilitation.
3. The Court directs the BOP to **not** house the defendant, Tyron Thomas with his co-defendants Brad O. Williams (01), Seville Williams (02), , Clinton Williams (03), and Rory Tucker (05).

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before       p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 6-4-2007 to USP-Pollock
at Pollock, LA. , with a certified copy of this judgment.

Fredrick Menifee, Warden  
~~UNITED STATES MARSHAL~~

By E. Guillory, LIE  
~~DEPUTY UNITED STATES MARSHAL~~